UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JUL 16 A 11: 03
U.S. DISTRICT COURT
HARTFORD, CT

United States of America, :
    v. :
Catherine M. Rourke : Court No: 3:00CV02100 (CFD)
    and :
Wachovia Bank :
Legal Order Processing :
600 Boston Post Rd. :
Madison, CT 06443, :
    Garnishee. :

### DEFENDANT'S REQUEST FOR HEARING
### ON GARNISHMENT

    If you believe that no amount should be withheld because the garnishment or judgment is invalid, satisfied, or invalid, satisfied, or superseded, or because you claim an exemption, you may request a hearing within twenty (20) days after being served with the Writ of Garnishment or twenty(20) days after Catherine Rourke's Answer. You may request a hearing by filing a written Request with the Clerk of the Court, United States District Court, District of Connecticut, or by completing pages 2 and 3 of this form and mailing this entire form to the Clerk, United States District Court, District of Connecticut. A copy of your request for hearing form must also be mailed to the United States of America and the Garnishee, Wachovia Bank

    The Court will notify you and the other parties of the date and time for the hearing. A hearing will be set as soon as possible.

    I request a hearing for the following reason(s):

    _____    1.    The nonexempt earnings statement is incorrectly

        filled out.

_____  2.  I do not owe the money to the Government as it says I do.

✓    3.  Other: <u>Business Bank funds do not belong to Catherine Rourke - Clients (Travelers) funds.</u> *
<u>Ashley Rourke's Checking account is for a minor (16 yrs old)</u>

_____  4.  I request that this proceeding be transferred to _____ because _____

*I have a agreement letter from Rosemary Oren on a payment plan dated July 7, 2004.

_____  5.  I claim the following exemption(s): <u>Business/Trade tools</u>

Date: <u>July 15, 2004</u>

<u>Catherine Rourke</u>
Signature

<u>Catherine Rourke</u>
Type or print full name

<u>842 Horse Hill Rd.</u>
Home address

<u>Westbrook, CT. 06498</u>
City, State, Zip Code

<u>(860) 399-4776</u>
Home phone number

<u>(203) 245-7397</u>
Work phone number

2

Mail your original Request to:

    United States District Court
    Office of The Clerk
    450 Main Street
    Hartford, Connecticut 06103

Send a <u>copy</u> of your request to:

    United States Attorney
    Connecticut Financial Center
    157 Church Street
    New Haven, Connecticut 06510
    (203) 821-3700

  Attn: Christine Sciarrino
      Assistant United States Attorney

## C E R T I F I C A T I O N

I, Catherine M. Rourke, Defendant hereby certify that I mailed the Request for Hearing on Writ of Garnishment to the Clerk, United States District Court, 450 Main Street, Hartford, Connecticut 06103, and mailed copies to Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510 and to Wachovia Bank, Legal Order Processing 600 Boston Post Rd., Madison, CT 06443 on this 15th day of July July, 2004.

                                                _Catherine M. Rourke_
                                                Catherine M. Rourke