UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,          :
                                   :       FILED
         v.                        :
                                   :       2004 JUL 16  A 11: 03
Catherine M. Rourke                :   Court No: 3:00CV02100(CFD)
                                   :       U.S. DISTRICT COURT
         and                       :       HARTFORD COURT
                                   :
Wachovia Bank                      :
Legal Order Processing             :
600 Boston Post Rd.                :
Madison, CT 06443,                 :
              Garnishee.           :

## ANSWER OF THE GARNISHEE

I, __CATHERINE ROURKE__, BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name
of __Tritown Travel Vacations, LLC  55 Bradley Rd. Madison, CT. 06443__
   state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION: __LLC__

That he/she is the __owner/member__ of Garnishee, a
                  (state official title)

corporation, organized under the laws of the State of __Connecticut__

On __July 15th__, 2004, Garnishee was served with the Writ

of Garnishment.

As of the date of service of the Writ of Garnishment upon

the Garnishee, the Garnishee states that it has in its possession

the following funds or property belonging to Catherine M. Rourke,

or in which Catherine M. Rourke has an interest. _____

__(was $11,890.30) (?)__

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim: <u>Funds in Business Bank Account, belong to clients (travelers) for trip payments not to Catherine personally. They need to be sent in for trips for clients A.S.A.P or Travelers Vacation Plans will cancel. [Co-sign account for Ashley Rourke is for a minor child 16yrs]</u>

** Check 1 and/or 2 if applicable**

\_\_\_\_ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Catherine M. Rourke,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

✓ 2. The Garnishee hereby requests a hearing <u>As Soon As possible</u> regarding this Writ of Garnishment because <u>Funds belong to other people in business bank account and had already reach aggreement with Rosemary Oren to begin payments to US Attorneys office.</u>

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on <u>July 15, 2004</u> at
(date)

<u>55 Bradley Rd. Madison, CT. 06443</u>
(state street address, city, state and zip code)

or hand delivered to _____
(state actual address of where it was hand delivered)

on _____
(date)

2

_Catherine M. Ra_____
(Affiant's signature)

Subscribed and sworn to before me this 15 day of July, 2004

_Annamarie Bernardo_
Notary Public

My Commission expires: _____

OFFICIAL SEAL
Notary Public
Connecticut
ANNAMARIE BERNARDO
My Commission Expires March 31, 2008

The *Original Answer* must be mailed to:

>United States District Court
>Office of the Clerk
>450 Main Street
>Hartford, Connecticut 06103

Mail the check (made payable to the *U. S. District Court)*

Send a **Copy** of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn:  Financial Litigation Unit

*Catherine M. Rourke*
842 Horse Hill Rd.
Westbrook, CT 06443
203-245-7397 or 860-399-4776

July 15, 2004

Clerk of the United States District Court
450 Main Street
Hartford, CT 06103

Re: Request for a Hearing on Case: 3:00CV02100

Hello, Enclosed are the "original" forms for a request of a hearing on my case. I received the forms on July 14th, 2004. I need to request a hearing as soon as possible within the 5days.

I have sent copies of all these forms as instructed to the people and offices listed on the writ.

ThankYou,

*Catherine Rourke*
Catherine Rourke