*Catherine M. Rourke*

**FILED**

842 Horse Hill Rd.
Westbrook, CT 06498
203-245-7397 or 860-399-4776

2004 JUL 30 A 10: 53

U.S. DISTRICT COURT
HARTFORD, CT.

Office of The Clerk
United States District Court
450 Main Street
Hartford, CT 06103

RE: Case No. 3:00CV02100 (CFD)

This letter is to state that I, <u>Catherine M. Rourke</u> will be Pro-Se appearance
by representing myself for the Request for a Hearing on Writ of Garnishment
case no. 3:00CV02100 (CFD)

I ask this hearing be as soon as possible , this garnishment has had a great
impact on my business .

I certify that I mailed a copy of this letter to Christine Sciarrino , United
States Attorney , Connecticut Financial Center , 157 Church Street, New
Haven , Connecticut 06510

My Address: Catherine M. Rourke
            842 Horse Hill Rd.
            Westbrook, CT 06498

Telephone: 860-399-4776 (home)
           203-245-7397 (work)

Thank You.

_____ 29 of July , 2004
Catherine M. Rourke

_____ 29 of July , 2004
Catherine M. Rourke