AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CONNECTICUT

10-26-04

USA v. Rourke, et al

DEFENDANT'S **EXHIBIT** LIST

CASE NUMBER: 3:00CV2100 (CFD)

| PRESIDING JUDGE<br>DRONEY | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER<br>MARSHALL | COURTROOM DEPUTY<br>Devo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10/26/04 |  | ✓ | Ltr. dtd. 7/7/04, Oren to Rourke |
|  | 2 | " |  | ✓ | Packet reflecting payment of $195 |
|  | 3 | " |  | ✓ | Statement from Wachovia |
|  | 4 | " |  | ✓ | Record of Clients' Payments |
|  | 5 | " |  | ✓ | Record of Ashley Rourke's account |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of       Pages